THE PEOPLE OF THE STATE OF NEW YORK *against* WILLIAM WILLIAMS, Principal, and HENRY EVERS, Surety.

(Decided April 3d, 1876.)

On an application to discharge a judgment entered on a forfeited recognizance, where, after the forfeiture, the prisoner has been surrendered and stood his trial and been acquitted, certified copies of the recognizance, indictment, order of forfeiture, and record of acquittal must be furnished, together with the proofs that the prosecution has not suffered by the delay.

APPLICATION to discharge a judgment entered on a forfeited recognizance.

J. F. DALY, J.—The application to discharge the judgment on the forfeited recognizance must be supported by the proofs required in the cases of *People* v. *Cary & Marsters* (*ante,* p. 406), *People* v. *Linkart,* and other cases decided in this and previous general terms; certified copies of the recognizance, indictment, order of forfeiture, and record of acquittal must be furnished, together with proofs that the prosecution has not suffered by the delay.

The application should be denied, with leave to renew.

CHARLES P. DALY, Ch. J., and VAN HOESEN, J., concurred.

Application denied.